BAILEY CHRISTIAN HODA
DANIELLE KRISTIN DAMARK
9764 POKAI WAY
DIAMONDHEAD, MS 39525

KEESLER FCU
ATTN: BANKRUPTCY DEPT
P.O.BOX 7001
BILOXI, MS 39531

SINGING RIVER
P.O. BOX 3475
TOLEDO, OH 43607

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

KEESLER FCU
ATTN: BANKRUPTCY
PO BOX 7001
BILOXI, MS 39534

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

KEESLER FEDERAL CREDIT
P.O. BOX 7001
BILOXI, MS 39534

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

ARMSTRONG & ASSOCIATES
208 ADAMS ST
MOBILE, AL 36603

KIA MOTORS FINANCE
ATTN: BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY, CA 92728

TANELAE MCGOWEN
508 OLD SPANISH TRAIL
WAVELAND, MS 39576

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

CHILDREN'S INTERNATION
618 BLUE MEADOW RD
BAY SAINT LOUIS, MS 39520

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT, MS 39502

WESTLAKE PORTFOLIO MANAGEMENT
ATTN: BANKRUPTCY
PO BOX 76809
LOS ANGELES, CA 90054

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

ONE ADVANTAGE
P.O. BOX 23860
BELLEVILLE, IL 62223

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

OSCHNER HEALTH SYSTEM
P.O. BOX 61838
NEW ORLEANS, LA 70161

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

SANTANDER BANK
ATTN: BANKRUPTCY
P.O. BOX 961245
FORT WORTH, TX 76161