**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

**IN RE:**
**Bailey Christian Hoda**
**Danielle Kristin Damark**

**CASE NO. 26-50476-KMS**

**CHAPTER 13**

**Debtor(s).**

## OBJECTION TO CONFIRMATION

**COMES NOW**, Hyundai Capital America d/b/a Kia Finance America**,** by and through its attorneys, McPhail Sanchez, LLC, and objects to confirmation of the Debtors' proposed Chapter 13 Plan and in support thereof states as follows:

1. On 06/23/2023, Danielle Damark ("Debtor") entered into a Retail Installment Sale Contract ("Contract") with Barnes Crossing Kia, simultaneously assigned to Hyundai Capital America d/b/a Kia Finance America ("Creditor"), for the purchase of a 2023 Kia Telluride, VIN: 5XYP3DGC2PG411689 ("Vehicle"). A true and correct copy of the Contract and the Certificate of Title evidencing the lien on the Vehicle is attached hereto as Exhibit "A."

2. The Debtors filed the instant bankruptcy case on March 24, 2026, giving rise to the underlying action.

3. The Plan asserts the value of the Vehicle is $26,255.70. The Creditor objects to the value proposed by the Debtors and would state that the actual value of the Vehicle is $30,850.00. A copy of the NADA value is attached hereto as Exhibit "B."

4. The Creditor objects to the Plan to the extent that the Plan does not contain the following language: "Movant's lien shall be retained until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under 11 U.S.C. §1328."

**WHEREFORE**, Hyundai Capital America d/b/a Kia Finance America, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

Respectfully submitted on May 21, 2026.

/s/ Kent D. McPhail
Kent D. McPhail
MS Bar No 2800
Attorney for Creditor
P.O. Box 870
Mobile, Alabama 36601
Phone (251) 438-2333
kent@mslawyers.law

## CERTIFICATE OF SERVICE

I, Kent D. McPhail, do hereby certify that I have, on May 21, 2026, served a copy of the above and foregoing Objection to Confirmation and Exhibits A  and B to the following parties by the service method indicated:

**U.S. MAIL, FIRST CLASS POSTAGE PREPAID**
*Debtors*
Bailey Christian Hoda
Danielle Kristin Damark
9764 Pokai Way
Diamondhead, MS  39525

**ECF FILING NOTIFICATION**
*Debtors'  Attorney*
Thomas Carl Rollins, Jr
PO Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com

**ECF FILING NOTIFICATION**
*Chapter 13Trustee*
Warren A Cuntz, T1, Jr
PO Box 3749
Gulfport, MS 39505-3749
wcuntzcourt@gport13.com

**ECF FILING NOTIFICATION**
*U.S. Trustee*
501 East Court Street, Suite 6-430
Jackson, MS 39201
USTPRegion05.JA.ECF@usdoj.gov

/s/ Kent D. McPhail
Kent D. McPhail