EXHIBIT "B"



# NADA Evaluator Template

| | | | |
|---|---|---|---|
| Date: | March 26, 2026 | Ksiop User: | ██████ |
| Case Number: | ██████ | Contract Number: | ██████ |

## Vehicle Information

| | | | |
|---|---|---|---|
| PERIOD: | 03 2026 | | |
| REGION: | Southeastern | MILEAGE: | 83,751 |
| | | | |
| VIN: | 5XYP3DGC2PG411689 | | |
| YEAR: | 2023 | MAKE: | Kia |
| SERIES: | Telluride | BODY: | Utility 4D EX AWD 3.8L V6 |

| Accessories Description | Retail | Trade | Loan | Standard | PKG Included |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| MSRP: | 43,490.00 | Mileage Adjustment: | | -2,525.00 |
| Retail: | 33,375.00 | | Retail: | 30,850.00 |
| Trade: | 31,450.00 | | Trade: | 28,925.00 |
| Loan: | 28,325.00 | | Loan: | 25,800.00 |