MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   Bailey Christian Hoda                                    Case No.: 26-50476-KMS

Danielle Kristin Damark

*Debtor(s)*                                                       Chapter: 13

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
Hyundai Capital America d/b/a Kia Finance America                               , a
[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☑ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

Hyundai Motor Company 10550 Talbert Ave, Fountain Valley, CA 92708, Kia America, Inc fka Kia Motors America, Inc. a California Corporation

**OR**

☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 05/21/2026                       /s/ Kent D. McPhail
                                        Attorney Signature

                                        Kent D. McPhail                    2800
                                        Attorney Name                      State Bar Number

                                        P O Box 870
                                        Address

                                        Mobile  AL 36601
                                        City, State, and Zip Code

                                        251-438-2333        kent@mslawyers.law
                                        Telephone Number        Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**