**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:  BAILEY HODA and**                                              **CHAPTER 13**
      **DANIELLE DAMARK**                                              **Case No. 26-50476-KMS**

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW the Chapter 13 Trustee and files this Objection to Confirmation, and in support hereof, would show the following, to-wit:

**1.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**2.**

The Trustee objects to confirmation of Debtors' proposed plan (Dkt. 2).  The plan is not confirmable because the Debtor has failed to file his 2023 federal income tax return as required and as reflected in the IRS's proof of claim, Claim No. 4-1.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed and that an Order be entered denying confirmation of Debtors' proposed plan (Dkt. 2).

DATED, this the __27th__ day of __May__ 2026.

                    Respectfully submitted,

/s/                                                
                    PHILLIP BRENT DUNNAWAY

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above and foregoing Trustee's Objection to Confirmation to:

David Asbach, Esq., United States Trustee          USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., for Debtors                    trollins@therollinsfirm.com

DATED this the __27th__ day of __May__ 2026.

/s/ _____

PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749
(228) 831-9531

2