# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50476          **Case Name:** Bailey Christian Hoda and Danielle Kristin Damark

**Set:** 06/04/2026 10:00 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Hyundai Capital America dba Kia Finance America (Dkt. #16) - AGREED ORDER TO BE SUBMITTED BY MCPHAIL; CALLED IN BY MCPHAIL'S OFFICE

Objection to Confirmation filed by the Trustee (Dkt. #18) - AGREED ORDER TO BE SUBMITTED BY ROLLINS; CALLED IN BY ROLLINS

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) McPhail to submit an Agreed Order on the Objection filed by Hyundai Capital America dba Kia Finance America [16]. Rollins to submit an Agreed Order on the Trustee's Objection [18]. Orders due by 06/18/2026. Confirmation hearign removed. (mcc)