_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 8, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In Re:

BAILEY CHRISTIAN HODA                              CASE NO. 26-50476-KMS
DANIELLE KRISTIN DAMARK
   Debtors.                                        CHAPTER 13

### AGREED ORDER ON CREDITOR'S OBJECTION TO CONFIRMATION, DOC NO. 16

This matter having come before the Court on Creditor's, Hyundai Capital America d/b/a Kia Finance America., ("Creditor"), Objection to Confirmation, Doc No 16., and the parties having advised the Court that an agreement was reached prior to the hearing on June 4, 2026;

It is therefore Ordered that the secured claim #1 of Hyundai Capital America d/b/a Kia Finance America shall be paid inside the Chapter 13 Plan as a secured claim in the amount of $27,765.00 at 8.5% interest.

It is further Ordered that the Debtor's plan is hereby amended to reflect that the lien of Hyundai Capital America d/b/a Kia Finance America shall be retained until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharged under 11 U.S.C.§1328.

##END OF ORDER##

ORDER CONSENTED TO BY:

/s/ Kent D. McPhail
Kent D. McPhail (MS Bar 2800)
Attorney for Creditor
McPhail Sanchez, LLC
P O Box 870
Mobile AL 36601
(251) 438-2333
kent@mslawyers.law

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
Attorney for Debtors
The Rollins Law Firm, PLLC
P O Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com

//s/ Phillip Brent Dunnaway
Phillip Brent Dunnaway
Attorney for Chapter 13 Trustee
P O Box 3749
Gulfport, MS 39505
(228) 831-9531
pdunnaway@gport13.com

/s/ Kent D. McPhail
Order submitted by Kent D. McPhail
P O Box 870, Mobile AL 36601
126 Government St, Mobile AL 36602
(251) 438-2333
kent@mslawyers.law