_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 8, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Bailey Christian Hoda**                              **Case No. 26-50476-KMS**
         **Danielle Kristin Damark, Debtors**                          **CHAPTER 13**

## ORDER WITHDRAWING TRUSTEE'S OBJECTION TO CONFIRMATION

THIS MATTER came before the Court upon the Trustee's Objection to Confirmation (Dk#18).  The Court, having reviewed the matter and being otherwise fully advised in the premises, finds that the Internal Revenue Service has filed an amended proof of claim reflecting that the previously unfiled tax return has now been filed.

**IT IS THEREFORE ORDERED** that the Trustee's Objection to Claim (Dk#18) is now moot, the Objection is hereby withdrawn.

### ## END OF ORDER ##

Prepared by:                                        Approved By:
/s/ Thomas C. Rollins, Jr.                          /s/ Phillip Brent Dunnaway
Thomas C. Rollins, Jr. (MS Bar No. 103469)          Attorney for Chapter 13 Trustee
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533