United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                  Case No. 26-50476-KMS

Bailey Christian Hoda                                                        Chapter 13

Danielle Kristin Damark

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                   User: mssbad                           Page 1 of 2

Date Rcvd: Jun 08, 2026            Form ID: pdf012                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**          **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

**Recip ID**                **Recipient Name and Address**
db/jdb                   + Bailey Christian Hoda, Danielle Kristin Damark, 9764 Pokai Way, Diamondhead, MS 39525-4381

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kent D. McPhail | on behalf of Creditor Hyundai Capital America d/b/a Kia Finance America bankruptcynotices@mslawyers.law KentMcPhailAssociatesLLC@jubileebk.net |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Bailey Christian Hoda trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Danielle Kristin Damark trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6                          User: mssbad                                    Page 2 of 2
Date Rcvd: Jun 08, 2026                       Form ID: pdf012                                 Total Noticed: 1

United States Trustee
                         USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
                         wcuntzcourt@gport13.com  waccourt1@gmail.com


TOTAL: 6



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 8, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In Re:

BAILEY CHRISTIAN HODA                          CASE NO. 26-50476-KMS
DANIELLE KRISTIN DAMARK
   Debtors.                                    CHAPTER 13

### AGREED ORDER ON CREDITOR'S OBJECTION TO CONFIRMATION, DOC NO. 16

This matter having come before the Court on Creditor's, Hyundai Capital America d/b/a

Kia Finance America., ("Creditor"), Objection to Confirmation, Doc No 16., and the parties having

advised the Court that an agreement was reached prior to the hearing on June 4, 2026;

It is therefore Ordered that the secured claim #1 of Hyundai Capital America d/b/a Kia Finance America shall be paid inside the Chapter 13 Plan as a secured claim in the amount of $27,765.00 at 8.5% interest.

It is further Ordered that the Debtor's plan is hereby amended to reflect that the lien of Hyundai Capital America d/b/a Kia Finance America shall be retained until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharged under 11 U.S.C.§1328.

##END OF ORDER##

ORDER CONSENTED TO BY:

/s/ Kent D. McPhail
Kent D. McPhail (MS Bar 2800)
Attorney for Creditor
McPhail Sanchez, LLC
P O Box 870
Mobile AL 36601
(251) 438-2333
kent@mslawyers.law

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
Attorney for Debtors
The Rollins Law Firm, PLLC
P O Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com

//s/ Phillip Brent Dunnaway
Phillip Brent Dunnaway
Attorney for Chapter 13 Trustee
P O Box 3749
Gulfport, MS 39505
(228) 831-9531
pdunnaway@gport13.com

/s/ Kent D. McPhail
Order submitted by Kent D. McPhail
P O Box 870, Mobile AL 36601
126 Government St, Mobile AL 36602
(251) 438-2333
kent@mslawyers.law