United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-50476-KMS

Bailey Christian Hoda                                                                    Chapter 13

Danielle Kristin Damark

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                  User: mssbad                      Page 1 of 3

Date Rcvd: Jun 10, 2026             Form ID: n031                   Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Bailey Christian Hoda, Danielle Kristin Damark, 9764 Pokai Way, Diamondhead, MS 39525-4381 |
| cr | + | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5642225 | + | Children's International, 618 Blue Meadow Rd, Bay Saint Louis, MS 39520-2834 |
| 5642232 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5642234 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5671199 | + | Memorial Hospital, c/o Wessler Law Firm, P.O. Box 175, Gulfport, MS 39502-0175 |
| 5642235 | + | One Advantage, P.O. Box 23860, Belleville, IL 62223-0860 |
| 5642238 | + | Singing River, P.O. Box 3475, Toledo, OH 43607-0475 |
| 5642241 | + | Tanelae Mcgowen, 508 Old Spanish Trail, Waveland, MS 39576-2517 |
| 5642244 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5680503 | ^ | MEBN | Jun 10 2026 19:31:52 | AMERICAN CAR CENTER (C/O Westlake Portfolio Manage, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 5642222 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 10 2026 19:43:02 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5642223 | + | Email/Text: bankruptcy@arserv.com | Jun 10 2026 19:33:00 | Armstrong & Associates, 208 Adams St, Mobile, AL 36603-6598 |
| 5642224 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 10 2026 19:43:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5662767 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 10 2026 19:43:02 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5642226 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 10 2026 19:33:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5643766 | ^ | MEBN | Jun 10 2026 19:31:47 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5642228 | + | Email/Text: ebone.woods@usdoj.gov | Jun 10 2026 19:33:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5642227 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2026 19:33:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5666974 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 10 2026 19:33:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5642233 | | Email/Text: customerservice.us@klarna.com | Jun 10 2026 19:33:00 | Klarna, PO Box 8116, Columbus, OH 43201 |

District/off: 0538-6    User: mssbad    Page 2 of 3

Date Rcvd: Jun 10, 2026    Form ID: n031    Total Noticed: 33

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5642230 | + | Email/Text: melissa.martin@kfcu.org | Jun 10 2026 19:33:00 | Keesler FCU, Attn: Bankruptcy, Po Box 7001, Biloxi, MS 39534-7001 |
| 5642229 | + | Email/Text: melissa.martin@kfcu.org | Jun 10 2026 19:33:00 | Keesler FCU, Attn: Bankruptcy Dept, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5642231 | + | Email/Text: melissa.martin@kfcu.org | Jun 10 2026 19:33:00 | Keesler Federal Credit, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5674150 | + | Email/Text: bankruptcy@ochsner.org | Jun 10 2026 19:33:00 | Ochsner Health System, c/o Olivia K. Greenberg, Esq., Jones Walker LLP, 201 St. Charles Ave., 51st Fl., New Orleans, LA 70170-5100 |
| 5642236 | + | Email/Text: bankruptcy@ochsner.org | Jun 10 2026 19:33:00 | Oschner Health System, P.O. Box 61838, New Orleans, LA 70161-1838 |
| 5651871 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 10 2026 19:33:00 | SANTANDER CONSUMER USA Inc., 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |
| 5642237 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 10 2026 19:33:00 | Santander Bank, Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5649561 | ^ | MEBN | Jun 10 2026 19:31:49 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5642240 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 10 2026 19:43:05 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5642239 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 10 2026 19:43:01 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5642242 | ^ | MEBN | Jun 10 2026 19:31:43 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5642243 | ^ | MEBN | Jun 10 2026 19:31:36 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hyundai Capital America d/b/a Kia Finance America, Kent D. McPhail |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026    Signature:    /s/Gustava Winters

District/off: 0538-6                       User: mssbad                          Page 3 of 3
Date Rcvd: Jun 10, 2026                    Form ID: n031                         Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Kent D. McPhail | on behalf of Creditor Hyundai Capital America d/b/a Kia Finance America bankruptcynotices@mslawyers.law KentMcPhailAssociatesLLC@jubileebk.net |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Bailey Christian Hoda trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Danielle Kristin Damark trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 7

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−50476−KMS
**Chapter:** 13

**In re:**

Bailey Christian Hoda
9764 Pokai Way
Diamondhead, MS 39525

Danielle Kristin Damark
aka Danielle Kristin Hoda
9764 Pokai Way
Diamondhead, MS 39525

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 10, 2026 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 10, 2026

Danny L. Miller, Clerk of Court