**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Bailey Christian Hoda**                              **Case No. 26-50476-KMS**
         **Danielle Kristin Damark, Debtors**                          **CHAPTER 13**

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, Debtors, by and through counsel, and moves for the Court to allow the late filed claim filed by Keesler Federal Credit Union (claim #14), and in support thereof, would show the following:

1. Keesler Federal Credit Union was properly listed in Debtor's bankruptcy.

2. That the deadline for filing claims has passed.

3. That on or about 6/10/2026, a secured claim in the amount of $154,586.36 was filed in the case.

4. Debtor's plan pays the ongoing mortgage payment and mortgage arrears to Keesler Federal Credit Union.

5. Debtors wish for the ongoing mortgage payment and mortgage arrears listed in the claim be paid pursuant to their confirmed bankruptcy plan.

WHEREFORE, Premises considered, Debtor respectfully request that this Court allow the late filed Claim no. 14 to be paid through the plan pursuant to the Confirmed Plan.  Debtor requests such further additional relief to which he may be entitled.

Respectfully submitted on this the June 18, 2026.

Respectfully submitted,
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on June 18, 2026 to:

By First Class U.S. Mail, Postage Prepaid:

Keesler Federal Credit Union
PO Box 7001
Biloxi, MS 39534

By Electronic CM/ECF Notice:

Chapter 13 Trustee

United States Trustee


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.