**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Bailey Christian Hoda**                                    **Case No. 26-50476-KMS**
          **Danielle Kristin Damark, Debtors**                        **CHAPTER 13**

## NOTICE

Debtors have filed papers with the court to allow a late filed claim.
**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to allow the claim, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
501 E Court St, Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.


Date: June 17, 2026                      Signature:  /s/ Thomas C. Rollins, Jr.
                                                     Thomas C. Rollins, Jr. (MSBN 103469)
                                                     The Rollins Law Firm, PLLC
                                                     P.O Box 13767
                                                     Jackson, MS 39236
                                                     601-500-5533
                                                     trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Bailey Christian Hoda**                                  **Case No. 26-50476-KMS**
         **Danielle Kristin Damark, Debtors**                        **CHAPTER 13**

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, Debtors, by and through counsel, and moves for the Court to allow the late filed claim filed by Keesler Federal Credit Union (claim #14), and in support thereof, would show the following:

1. Keesler Federal Credit Union was properly listed in Debtor's bankruptcy.

2. That the deadline for filing claims has passed.

3. That on or about 6/10/2026, a secured claim in the amount of $154,586.36 was filed in the case.

4. Debtor's plan pays the ongoing mortgage payment and mortgage arrears to Keesler Federal Credit Union.

5. Debtors wish for the ongoing mortgage payment and mortgage arrears listed in the claim be paid pursuant to their confirmed bankruptcy plan.

WHEREFORE, Premises considered, Debtor respectfully request that this Court allow the late filed Claim no. 14 to be paid through the plan pursuant to the Confirmed Plan.  Debtor requests such further additional relief to which he may be entitled.

Respectfully submitted on this the June 18, 2026.

Respectfully submitted,
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on June 18, 2026 to:

By First Class U.S. Mail, Postage Prepaid:

Keesler Federal Credit Union
PO Box 7001
Biloxi, MS 39534

By Electronic CM/ECF Notice:

Chapter 13 Trustee

United States Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Bailey Christian Hoda
Danielle Kristin Damark

CASE NO: 26-50476

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/18/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Late Filed Claim

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/18/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Bailey Christian Hoda
Danielle Kristin Damark

CASE NO: 26-50476

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/18/2026, a copy of the following documents, described below,

Notice and Motion to Allow Late Filed Claim

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/18/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534