Certificate Number: 17082-MSS-DE-041126429

Bankruptcy Case Number: 26-50476



17082-MSS-DE-041126429

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2026, at 7:00 o'clock PM MST, DANIELLE  K DAMARK completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  June 23, 2026

By:  /s/Boglarka Brown

Name:  Boglarka Brown

Title:  Certified Credit Counselor