B 2100 A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

**In RE:**

BAILEY CHRISTIAN HODA  &

DANIELLE KRISTIN DAMARK

**Case Number:** 26-50476

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SYNCHRONY BANK BY AIS INFOSOURCE, LP
AS AGENT

JEFFERSON CAPITAL SYSTEMS, LLC

| Name of Transferee | Name of Transferor |
|---|---|

Name and Address where notices to transferee should be sent:

Synchrony Bank by AIS InfoSource, LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Phone: (877) 893-8820
Last Four Digits of Acc #: 8214

Court Claim# (If known): 10
Amount of Claim: $936.75
Date Claim Filed: 05/04/2026

Phone:
Last Four Digits of Account #: 8214

Name and Address where transferee payments should be sent (if different from above):

Synchrony Bank by AIS InfoSource, LP as agent
PO BOX 661380
Dallas TX 75266-1380
Phone: (877) 893-8820
Last Four Digits of Acc #: 8214

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Bhavika Nagpal

Date: 07/07/2026

Transferee/Transferee's Agent