United States Bankruptcy Court

Southern District of Mississippi

In re: | Case No. 26-50476-KMS

Bailey Christian Hoda

Danielle Kristin Damark

Chapter 13

Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2

Date Rcvd: Jul 24, 2026      Form ID: pdf012      Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

**Recip ID**      **Recipient Name and Address**

db/jdb      + Bailey Christian Hoda, Danielle Kristin Damark, 9764 Pokai Way, Diamondhead, MS 39525-4381

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| 5642229 | + Email/Text: melissa.martin@kfcu.org | Jul 24 2026 19:35:00 | Keesler FCU, Attn: Bankruptcy Dept, P.O.Box 7001, Biloxi, MS 39534-7001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Kent D. McPhail

     on behalf of Creditor Hyundai Capital America d/b/a Kia Finance America bankruptcynotices@mslawyers.law KentMcPhailAssociatesLLC@jubileebk.net

Phillip Brent Dunnaway

     on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com

Robert Alan Byrd

     on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

District/off: 0538-6                    User: mssbad                         Page 2 of 2
Date Rcvd: Jul 24, 2026                 Form ID: pdf012                       Total Noticed: 2

Thomas Carl Rollins, Jr
 on behalf of Debtor Bailey Christian Hoda trollins@therollinsfirm.com
 jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
 nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
 on behalf of Joint Debtor Danielle Kristin Damark trollins@therollinsfirm.com
 jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
 nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
 USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
 wcuntzcourt@gport13.com  waccourt1@gmail.com


TOTAL: 7

_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 24, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Bailey Christian Hoda**                    **Case No. 26-50476-KMS**
         **Danielle Kristin Damark, Debtors**                    **CHAPTER 13**

## ORDER ALLOWING LATE FILED CLAIM

THIS MATTER CAME BEFORE THE COURT on the debtors' Motion to Allow Late Filed Claim (DK#  30 ) requesting that the Court allow the claim of Keesler Federal Credit Union (Claim #14).  The Court finds that the relief requested is appropriate under the facts and the law.

IT IS THEREFORE ORDERED that the claim shall be allowed and payable as provided by the Debtors' confirmed plan.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR