### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:    Bailey Christian Hoda**                              **Case No. 26-50476-KMS**
          **Danielle Kristin Damark, Debtors**                              **CHAPTER 13**

### <u>NOTICE OF OBJECTON TO CLAIM</u>

       **You are herby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case.  Your claim may be reduced, modified, or eliminated.  If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S Bankruptcy Court
Southern District of Mississippi
Danny L. Miller
501 E. Court St, St 2.300
Jackson, MS 39201

and a copy must be served on the undersigned Debtor's attorney and the case trustee on or before thirty (30) days from the date of this notice.  In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

This date, August 11, 2026.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Bailey Christian Hoda**                                    **Case No. 26-50476-KMS**
          **Danielle Kristin Damark, Debtors**                         **CHAPTER 13**

**OBJECTON TO PROOF OF CLAIM # 13 AS FILED BY**
**AMERICAN CAR CENTER (C/O WESTLAKE PORTFOLIO MANAGMENT**

COME NOW Debtors, by and through counsel, and file this Objection to Proof of Claim

# 13 as filed by American Car Center (c/o Westlake Portfolio Management) on or about June 2,

2026, in the secured amount of $3,623.66 and would show that the court that the claim should

not be treated as a secured claim. The obligation underlying the claim arises from a lease

agreement for a 2016 Jeep Patriot. That said Proof of Claim #13 should be disallowed as filed.

This date, August 12, 2026.

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.
    Attorney for Debtors

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice of Objection and Objection were forwarded on August 12, 2026 to:

By first class mail, postage pre-paid:

> Westlake Portfolio Management
> 4751 Wilshire Blvd, Suite 100
> Los Angeles, CA 90010

By Electronic CM/ECF Notice:

> Chapter 13 Case Trustee
>
> U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Bailey Christian Hoda
Danielle Kristin Damark

CASE NO: 26-50476

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 8/12/2026, I did cause a copy of the following documents, described below,

Notice and Objection to Proof of Claim

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/12/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Bailey Christian Hoda
Danielle Kristin Damark

CASE NO: 26-50476

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 8/12/2026, a copy of the following documents, described below,

Notice and Objection to Proof of Claim

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/12/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

WESTLAKE PORTFOLIO MANAGEMENT
4751 WILSHIRE BLVD, SUITE 100
LOS ANGELES CA 90010