**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Bailey Christian Hoda**                                    **Case No. 26-50476-KMS**
              **Danielle Kristin Damark, Debtors**                          **CHAPTER 13**

**ORDER DISALLOWING PROOF OF CLAIM # 13 AS FILED BY
AMERICAN CAR CENTER (C/O WESTLAKE PORTFOLIO MANAGMENT**

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim # 13

as Filed by American Car Center (c/o Westlake Portfolio Management) (DK #___), the Court

having reviewed and considered the facts herein, and there being no objection or request for

hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim # 13 as filed by

American Car Center (c/o Westlake Portfolio Management) is granted, and further, Proof of

Claim # 13 is hereby disallowed as filed.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com