**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Bailey Christian Hoda**
**Danielle Kristin Damark, Debtors**

**Case No. 26-50476-KMS**
**CHAPTER 13**

**ORDER DISALLOWING PROOF OF CLAIM # 13 AS FILED BY AMERICAN CAR CENTER (C/O WESTLAKE PORTFOLIO MANAGMENT**

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim # 13 as Filed by American Car Center (c/o Westlake Portfolio Management) (DK # 40 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim # 13 as filed by American Car Center (c/o Westlake Portfolio Management) is granted, and further, Proof of Claim # 13 is hereby disallowed as filed.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com